IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 21-cv-02908-CMA-MDB

PERLA OLAVE, and
JAMIE DARCI OLAVE-HERNANDEZ,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.,

    Defendant.

## ORDER

    This matter is before the Court on the Recommendation of United States Magistrate Judge Nina Y. Wang. (Doc. # 42). Judge Wang recommends denying Plaintiff's Motion to Dismiss Defendant's Counterclaim for Declaratory Judgment (Doc. # 27). For the following reasons, the Court affirms and adopts Judge Wang's Recommendation as an order of the Court.

    The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (Doc. # 42, p. 17, n. 7). Neither party filed a timely objection. "[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d

1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.")).

After reviewing Judge Wang's Recommendation, the relevant portions of the record, and the applicable legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS that the Recommendation of United States Magistrate Judge Wang (Doc. # 42) is AFFIRMED and ADOPTED as an Order of this Court. It is

FURTHER ORDERED Plaintiff's Motion to Dismiss Defendant's Counterclaim for Declaratory Judgment (Doc. # 27) is DENIED.

DATED: August 11, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge